IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.        **CIVIL NO: 2:11-CV-695**
        **JUDGE MARBLEY**
        **MAGISTRATE JUDGE KING**

**SHEILA GIBBS,**

        **Defendant.**

### DEFAULT JUDGMENT

The defendant, Sheila Gibbs, having failed to plead or otherwise defend in this action and the default having been entered;

Now upon application of the plaintiff for judgment against the defendant in the sum of $84,421.95, and based upon a showing that defendant has been defaulted for failure to appear, and that defendant is not an infant or an incompetent person, and not in the military service of the United States,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in the favor of the United States of America, plaintiff, against Sheila Gibbs, defendant, in the amount of $84,421.95 through November 11, 2011 plus additional interest on the principal balance from said date at the rate of 8.25% per annum to the date of judgment, plus additional interest from the date of judgment at the legal rate in effect on the date of judgment, computed daily and compounded annually until paid in full, in addition to the costs of this action.

                                          s/Algenon L. Marbley
                                              Algenon L. Marbley
                                        United States District Judge